UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA QUINTANILLA, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

WW INTERNATIONAL, INC., *dba* WEIGHT WATCHERS, *a Virginia Corporation*,

                Defendant.

20 Civ. 6261 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On August 7, 2020, Judge Phillips of the Central District of California ordered this case transferred from that District to the Southern District of New York, pursuant to the parties' stipulation. Dkt. 11. In that order, Judge Phillips also granted plaintiff leave to file a second amended complaint, deemed it filed and served upon entry of the order, and gave defendant 30 days "from the date that the action is assigned to a New York district court Judge" to respond. *Id.* On August 10, 2020, this case was transferred accordingly. Dkt. 12. On August 24, 2020, the case was assigned to me. Pursuant to Judge Phillips's August 7 order, defendant's deadline to respond to the second amended complaint is **Wednesday, September 23, 2020.**

    SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: August 25, 2020
        New York, New York