UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA QUINTANILLA, *individually and on behalf of all others similarly situated*,

                          Plaintiff,

-v-

WW INTERNATIONAL, INC., *dba* WEIGHT WATCHERS, *a Virginia Corporation*,

                          Defendant.

20 Civ. 6261 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On September 23, 2020, defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Additionally, under Rule 15(a)(2), a plaintiff may amend the complaint with written leave of Court.

    Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by October 14, 2020, for which the Court hereby grants leave. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by November 4, 2020, defendant shall: (1) file an answer; (2) file new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed motion to dismiss.[1]

    It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by October 14, 2020. Defendants' reply, if any, shall be

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

served by October 28, 2020.  At the time any reply is served, the moving party shall supply the

Court with courtesy copies of all motion papers via email to

EngelmayerNYSDChambers@nysd.uscourts.gov.

    SO ORDERED.

<em>Paul A. Engelmayer</em><br>
PAUL A. ENGELMAYER<br>
United States District Judge

Dated: September 24, 2020
       New York, New York