UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA QUINTANILLA, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

           -v-

WW INTERNATIONAL, INC., *dba* WEIGHT WATCHERS, *a Virginia Corporation*,

                       Defendant.

20 Civ. 6261 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      As discussed at today's initial pretrial conference, the Court hereby stays discovery in this case pending the resolution of the motion to dismiss filed by defendant WW International, Inc. ("WW"). Dkt. 28. If plaintiff Sandra Quintanilla amends her complaint in response to the Court's September 24, 2020 order, *see* Dkt. 32, and if WW moves to dismiss Quintanilla's amended complaint, discovery shall remain stayed pending the resolution of that motion.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: September 29, 2020
           New York, New York