**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SANDRA QUINTANILLA, *individually and*
*on behalf of all others similarly situated*,

                         Plaintiff,

      -against-                               20 **CIVIL** 6261 (PAE)

                                                     **JUDGMENT**

WW INTERNATIONAL, INC., *a Virginia*
*Corporation doing business as* Weight Watchers,
and DOES 1 through 50, inclusive,

                         Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 24, 2021, the Court dismisses the TAC in full, with prejudice as to Quintanilla's claim for damages and without prejudice, for lack of subject-matter jurisdiction, as to her claims for injunctive relief; accordingly, this case is closed.

**Dated:** New York, New York

       May 24, 2021

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court

                                   **BY:**

                                                         Deputy Clerk